DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JAMES A. HERB,**
Appellant,

v.

**DONALD J. TRUMP,**
Appellee.

No. 4D17-555

[October 26, 2017]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jaimie R. Goodman, Judge; L.T. Case No. 502017MH000276XXXXSB.

James A. Herb, Boca Raton, pro se.

No brief filed for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GROSS and TAYLOR, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***